| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>RoundPoint Mortgage Servicing Corporation | Order Filed on February 25, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Shirley Davis,<br><br>Debtor. | Case No.:  20-23744 RG<br>Adv. No.:<br>Hearing Date:  2/17/2021 @ 8:30 a.m.<br>Judge:  Rosemary Gambardella |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 25, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: Shirley Davis
Case No.: 20-23744 RG
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor RoundPoint Mortgage Servicing Corporation, holder of a mortgage on real property located at 15 Liberty Street, Newton, NJ 07860, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Nicholas Fitzgerald, Esquire, attorney for Debtor, Shirley Davis, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim is to be paid in case#20-22696-VFP; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the trustee shall not make payments on the claim filed in this case; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that should relief be granted in case #20-22696-VFP, relief can be sought in this case by the filing of a certification of default; said notice shall be served on the trustee, Debtor, and Debtor's counsel, and the parties shall have 14 days to response before the Order Granting Relief in this case is entered; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** the requirements of rule 3002.1(b) and (c) are hereby terminated; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.