Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  20−23744−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Shirley Davis
   aka Shirley Jean McBurroughs
   11 Liberty Street
   Newton, NJ 07860

Social Security No.:
   xxx−xx−3469

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 4, 2021.

Dated: March 9, 2021
JAN: slm

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                        Case No. 20-23744-RG

Shirley Davis                                                           Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                            User: admin                                            Page 1 of 2

Date Rcvd: Mar 09, 2021                                Form ID: plncf13                                Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirley Davis, 11 Liberty Street, Newton, NJ 07860-1724 |
| 519051745 | + | ADT Security Systems, One Town Center Road, Boca Raton, FL 33486-1039 |
| 519051746 | + | AT &T Direct TV, Enhanced Recovery Collections, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 519051747 | + | Brightwater Capital LLC, 850 Concourse Parkway South, Suite 120, Maitland, FL 32751-6144 |
| 519051748 | + | Citibank/Jessica London, Po Box 790034, Saint Louis, MO 63179-0034 |
| 519051754 | + | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519051758 | + | IRS - Attorney General of the United States, Constitution Avenue & 10th Street, Washington, DC 20530-0001 |
| 519051761 | + | Midland Credit Management, 320 E. Big Beaver Road, Troy, MI 48083-1238 |
| 519067419 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519051762 | + | Patricio Grob, MD/Atlantic Orthopaedic Assoc, 91 S-Jefferson Road, Whippany, NJ 07981-1037 |
| 519051763 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 519051765 | + | Tdrcs/Raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 519051766 | + | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519071559 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2021 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2021 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519051749 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2021 22:20:21 | Citibank/Roamans, PO BOX 790110, Saint Louis, MO 63179-0110 |
| 519051750 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2021 21:06:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519051751 | + | Email/Text: bankruptcy@credencerm.com | Mar 09 2021 21:07:00 | Credence Resource Management, PO Box 1253, Southgate, MI 48195-0253 |
| 519057364 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 09 2021 22:18:57 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519051752 | + | Email/Text: bknotice@ercbpo.com | Mar 09 2021 21:07:00 | Enhanced Recovery Collectons, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 519051753 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 09 2021 21:07:00 | FEB Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 519051755 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 09 2021 21:07:00 | Genesis, PO Box 4477, Beaverton, OR |

Case 20-23744-RG    Doc 19    Filed 03/11/21    Entered 03/12/21 00:16:12    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: plncf13 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 97076-4401 |
| 519051759 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2021 21:06:00 | IRS - District Counsel, One Newark Center, Suite 1500, Newark, NJ 07102 |
| 519100180 | | Email/Text: bk.notifications@jpmchase.com | Mar 09 2021 21:06:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519051760 | + | Email/Text: bk.notifications@jpmchase.com | Mar 09 2021 21:06:00 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 519112173 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 09 2021 21:07:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519051756 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 519051757 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519051764 | ##+ | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2021                              Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Shirley Davis fitz2law@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4