UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Toyota Motor Credit Corporation*

Order Filed on October 26, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Shirley Davis
*aka* Shirley Jean McBurroughs

Debtor.

Chapter: 13

Case No.: 20-23744-RG

Hearing Date: October 19, 2022

Judge Rosemary Gambardella

**INTERIM ORDER ON MOTION TO VACATE AUTOMATIC STAY**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: October 26, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Shirley Davis
Case No.: 20-23744-RG
Caption of Order: **INTERIM ORDER ON MOTION TO VACATE AUTOMATIC STAY**

THIS MATTER having been scheduled before the Court on October 19, 2022 on the Motion to Vacate Automatic Stay ("Motion") filed by Toyota Motor Credit Corporation ("Creditor") and good sufficient cause having been shown, it is

**ORDERED**:

1. The Motion is adjourned to December 21, 2022 at 10:00AM.

2. During the adjournment period, the automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: 2015 Toyota 4Runner, VIN: JTEBU5JRXF5218431 ("Property") provided that the Debtor make all ongoing, post-petition payments due to Creditor as they become due beginning with the **October 1, 2022** payment.

3. All direct payments due hereunder shall be sent directly to Creditor at the following address: **Toyota Motor Credit Corporation P.O. Box 9490, Cedar Rapids, Iowa 52409-9490**.

4. The Debtor will be in default under the Consent Order if the Debtor fails to comply with the payment terms and conditions set forth in above paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

5. If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

6. Nothing herein is intended to prevent the automatic stay from being terminated by operation of law.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23744-RG |
| Shirley Davis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 26, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

**Recip ID        Recipient Name and Address**
db           +  Shirley Davis, 11 Liberty Street, Newton, NJ 07860-1724

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2022            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

**Name**              **Email Address**

Denise E. Carlon
                on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
                on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Marie-Ann Greenberg
                magecf@magtrustee.com

Nicholas Fitzgerald
                on behalf of Debtor Shirley Davis fitz2law@gmail.com

Shauna M Deluca
                on behalf of Creditor JPMORGAN CHASE BANK  N.A. sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
                on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

District/off: 0312-2  User: admin  Page 2 of 2
Date Rcvd: Oct 26, 2022  Form ID: pdf903  Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7