**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004-1550
(973) 227-2840
**Chapter 13 Standing Trustee**

Order Filed on October 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SHIRLEY DAVIS

**Case No.:** 20-23744

**Judge:** ROSEMARY GAMBARDELLA

Hg. Date: 10/18/23

**ORDER ON CH 13 TRUSTEE'S MOTION TO STOP DISBURSEMENT ON PROOF OF CLAIM**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 24, 2023**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  SHIRLEY DAVIS

Case No. 20-23744RG

Caption of Order:  Order on Trustee's Motion to Stop Disbursement on Proof of Claim

---

ORDERED, that the claim of JPMORGAN CHASE BANK NA, relating to Court Claim Number 6 and fees per 9/16/21 Order, be modified to amount paid to date.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23744-RG |
| Shirley Davis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

**Recip ID        Recipient Name and Address**
db              + Shirley Davis, 11 Liberty Street, Newton, NJ 07860-1724

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:

**Name                Email Address**

Denise E. Carlon
                on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
                on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Marie-Ann Greenberg
                magecf@magtrustee.com

Nicholas Fitzgerald
                on behalf of Debtor Shirley Davis fitz2law@gmail.com

Shauna M Deluca
                on behalf of Creditor JPMORGAN CHASE BANK  N.A. sdeluca@hasbanilight.com, hllawpc@gmail.com

Sindi Mncina
                on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Oct 24, 2023 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7