| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Shirley Davis | Social Security number or ITIN   xxx–xx–3469 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–23744–TBA | |

# Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Shirley Davis
> aka Shirley Jean McBurroughs

<u>2/4/26</u>                                                                   **By the court:** <u>MARK E HALL</u>
                                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-23744-TBA
Shirley Davis  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Feb 04, 2026     Form ID: 3180W     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shirley Davis, 11 Liberty Street, Newton, NJ 07860-1724 |
| 519051745 | + | ADT Security Systems, One Town Center Road, Boca Raton, FL 33486-1039 |
| 519051746 | + | AT &T Direct TV, Enhanced Recovery Collections, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 519051747 | + | Brightwater Capital LLC, 850 Concourse Parkway South, Suite 120, Maitland, FL 32751-6144 |
| 519051748 | + | Citibank/Jessica London, Po Box 790034, Saint Louis, MO 63179-0034 |
| 519051758 | + | IRS - Attorney General of the United States, Constitution Avenue & 10th Street, Washington, DC 20530-0001 |
| 519051762 | + | Patricio Grob, MD/Atlantic Orthopaedic Assoc, 91 S-Jefferson Road, Whippany, NJ 07981-1037 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2026 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2026 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Feb 04 2026 20:51:03 | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519051749 | + | EDI: CITICORP | Feb 05 2026 01:42:00 | Citibank/Roamans, PO BOX 790110, Saint Louis, MO 63179-0110 |
| 519051750 | + | EDI: WFNNB.COM | Feb 05 2026 01:42:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 519051751 | + | Email/Text: bankruptcy@credencerm.com | Feb 04 2026 20:57:00 | Credence Resource Management, PO Box 1253, Southgate, MI 48195-0253 |
| 519057364 | + | EDI: AIS.COM | Feb 05 2026 01:42:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519051753 | + | EDI: PHINGENESIS | Feb 05 2026 01:42:00 | FEB Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 519051754 | + | EDI: AMINFOFP.COM | Feb 05 2026 01:42:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 519051755 | + | EDI: PHINGENESIS | Feb 05 2026 01:42:00 | Genesis, PO Box 4477, Beaverton, OR 97076-4401 |
| 519051759 | | EDI: IRS.COM | Feb 05 2026 01:42:00 | IRS - District Counsel, One Newark Center, Suite 1500, Newark, NJ 07102 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2026 | Form ID: 3180W | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 519100180 | | EDI: JPMORGANCHASE | Feb 05 2026 01:42:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519051760 | + | EDI: JPMORGANCHASE | Feb 05 2026 01:42:00 | Jpmcb Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 519051761 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2026 20:57:00 | Midland Credit Management, 320 E. Big Beaver Road, Troy, MI 48083-1271 |
| 519067419 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 04 2026 20:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519112173 | + | EDI: JEFFERSONCAP.COM | Feb 05 2026 01:42:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 519051763 | + | Email/Text: clientservices@remexinc.com | Feb 04 2026 20:56:00 | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 519051764 | ^ | MEBN | Feb 04 2026 20:51:11 | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 519051765 | + | EDI: TDBANKNORTH.COM | Feb 05 2026 01:42:00 | Tdrcs/Raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 519051766 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 04 2026 20:56:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519071559 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 04 2026 20:56:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519051756 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Function, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 519051757 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519051752 | ##+ | Enhanced Recovery Collectons, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2026            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 04, 2026 | Form ID: 3180W | Total Noticed: 28

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nicholas Fitzgerald | on behalf of Debtor Shirley Davis fitz2law@gmail.com  nadiafinancial@gmail.com |
| Shauna M Deluca | on behalf of Creditor JPMORGAN CHASE BANK  N.A. sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7